# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOBBIE R. LATHROP & DORETTA K. LATHROP  Case Number: 06-71522
802 WEST 3RD STREET  SSN-xxx-xx-0549 & xxx-xx-0663
STERLING, IL  61081-3318

Case filed on: 8/23/2006
Plan Confirmed on: 11/17/2006
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ONE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LEADING EDGE RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RRCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ACADEMY COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 229.14 | 229.14 | 229.14 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,044.23 | 1,044.23 | 1,044.23 | 0.00 |
|  | Total Priority | 1,273.37 | 1,273.37 | 1,273.37 | 0.00 |
| 999 | BOBBIE R. LATHROP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 57.60 | 57.60 | 1.04 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 31.82 | 31.82 | 0.58 | 0.00 |
| 006 | AMCORE BANK NA | 1,947.63 | 1,947.63 | 35.36 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-REAL LLC | 6,539.81 | 6,539.81 | 118.74 | 0.00 |
| 010 | CAPITAL ONE BANK (USA) NA | 1,495.71 | 1,495.71 | 27.16 | 0.00 |
| 013 | LVNV FUNDING LLC | 3,264.57 | 3,264.57 | 59.28 | 0.00 |
| 014 | LVNV FUNDING LLC | 9,794.45 | 9,794.45 | 177.84 | 0.00 |
| 015 | B-LINE LLC | 7,383.92 | 7,383.92 | 134.07 | 0.00 |
| 017 | DISCOVER FINANCIAL SERVICES | 9,140.97 | 9,140.97 | 165.97 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 22,998.37 | 22,998.37 | 417.57 | 0.00 |
| 022 | STERLING COMPLETE WELLNESS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RRCA ACCOUNTS MANAGEMENT | 2,262.61 | 2,262.61 | 41.08 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 25,532.55 | 25,532.55 | 463.58 | 0.00 |
|  | Total Unsecured | 90,450.01 | 90,450.01 | 1,642.27 | 0.00 |
|  | Grand Total: | 94,223.38 | 94,223.38 | 5,415.64 | 0.00 |

Total Paid Claimant:      $5,415.64
Trustee Allowance:        $384.36
Percent Paid Unsecured:   1.82

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan